```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY


DAVID GEHL,                      :
                                 :   Civil Action No. 10-4804 (JBS)
          Petitioner,            :
                                 :
     v.                          :   ORDER
                                 :
DONNA ZICKEFOOSE,                :
                                 :
          Respondent.            :
```

For the reasons set forth in the Opinion filed herewith, IT IS, on this **18th** day of **September**, 2012,

ORDERED that the Petition is DISMISSED WITH PREJUDICE for failure to exhaust administrative remedies; and it is further

ORDERED that, in the alternative, the Petition is DENIED on its merits; and it is further

ORDERED that the Clerk of the Court shall close the Court's file in this matter.


                                   **s/ Jerome B. Simandle**
                                   Jerome B. Simandle
                                   Chief Judge
                                   United States District Court